# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALFRED JONES SIMMONS

NO. 2025 KW 0635

**OCTOBER 16, 2025**

---

In Re:   Alfred Jones Simmons, applying for rehearing, 22nd Judicial District Court, Parish of St. Tammany, No. 562840.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **REQUEST FOR REHEARING NOT CONSIDERED.** Relator has no right to request a hearing. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT